080205.6

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: MARCH 26, 2008
08CV1750          TC
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

JOHN HUMES and ANGELA HUMES,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Removed from the Circuit Court of
The Eighteenth Judicial Circuit –
DuPage County, Illinois

## DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL

NOW COMES defendant FORD MOTOR COMPANY ("Ford") by and through its attorneys in this regard, James D. Sloan, Michael J. Borree, and DONOHUE BROWN MATHEWSON & SMYTH LLC, hereby removing this action from the Circuit Court of the Eighteenth Judicial Circuit, Wheaton County, Illinois to this Honorable Court.  In support of its notice of removal, Ford states as follows:

1.      This case is a civil action over which this Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 and is one which may be removed to this Court by the defendant pursuant to 28 U.S.C. §1441(a).  This case is a civil action between citizens of different states. Based upon a review of the plaintiffs' complaint, and for the reasons hereafter stated, it is the defendant's good faith belief that the amount of the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  Ford files this Notice of Removal pursuant to 28 U.S.C. §1332, 1441, and 1446(b).

2.      Plaintiffs JOHN HUMES and ANGELA HUMES filed a complaint at law on February 19, 2008. A copy of the plaintiffs' complaint is attached hereto as Exhibit A.  Ford was served with summons and the plaintiffs' complaint on March 4, 2008.  A copy of the "CT Corporation – Service of Process Transmittal,"  evidencing service on March 4, 2008 is attached hereto as Exhibit B.

3.      The plaintiffs' complaint alleges that they have resided in Illinois at all relevant times.  See Exhibit A, ¶ 2.

4.      Ford is, and was at the time this action was filed, incorporated under the laws of the State of Delaware, with its principal place of business in Dearborn, Michigan.

5.      Plaintiffs' complaint seeks damages for a fire that allegedly occurred at the plaintiffs' property on June 26, 2007.  The addendum to the plaintiffs' complaint seeks damages "in an amount in excess of $100,000.00 each."  See Exhibit A.

6.      Complete diversity of citizenship exists between the parties to this matter.  As well, the amount in controversy clearly exceeds $75,000 given the plaintiffs' addendum seeking "$100,000.00 each."  Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1332, 1441.

7.      Attached hereto as Exhibit C is a copy of the notice of filing for the Notice of Removal that is to be filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit, Wheaton, Illinois.

WHEREFORE, defendant FORD MOTOR COMPANY now respectfully removes this action to the United States District Court for the Northern District of Illinois, Eastern Division.  This

defendant requests that this Court assume jurisdiction over this action and proceed to a final

determination thereof.

DONOHUE BROWN MATHEWSON & SMYTH LLC


By:    /s/  Michael J. Borree


DONOHUE BROWN MATHEWSON & SMYTH LLC
James D. Sloan - #06256682
Michael J. Borree - #06281054
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

080205.9

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
08CV1750          TC
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN
```

JOHN HUMES and ANGELA HUMES,

        Plaintiffs,

    v.

FORD MOTOR COMPANY,

        Defendant.

Removed from the Circuit Court of
The Eighteenth Judicial Circuit –
DuPage County, Illinois

## CERTIFICATE OF SERVICE

I, Patrice Mullen, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that a true and correct copy of  Appearance, Civil Cover Sheet, Jury Demand and Notice of Removal was ( ) personally delivered or (X ) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth below at or before 5:00 p.m. on March 26, 2008.

/s/ Patrice H. Mullen

Mr. Norman Lehrer
Lehrer, Flaherty & Canavan, P.C.
Norman H. Lehrer, P.C.
429 West Wesley
Wheaton, IL   60187

08CV1750
TC
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DUPAGE COUNTY, WHEATON ILLINOIS

JOHN HUMES and
ANGELA HUMES,
      Plaintiffs,

-VS-

FORD MOTOR COMPANY
      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

2008L000178

Status Date: 05/19/08

Mgmt Date: 08/06/08

JURY

Assigned To: 2010

**FILED**
Feb 19 2008 - 11:18 AM

*Chris Kachiroubas*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY ILLINOIS

JURY TRIAL DEMANDED

### COMPLAINT

Now come the Plaintiffs herein, JOHN HUMES and ANGELA HUMES, by their attorneys NORMAN H. LEHRER, P.C. and state as follows by way of Complaint against Defendant FORD MOTOR COMPANY:

### Product Liability

1. Defendant FORD MOTOR COMPANY (hereinafter "manufacturer") is a corporation, in the business of manufacturing automobiles, with the intention of selling these automobiles to the public at large through a system of authorized dealerships. Defendant Manufacturer does business in all counties of the State of Illinois including DuPage County.

2. Plaintiffs JOHN HUMES and ANGELA HUMES at all times relevant hereto were residing in Illinois

3. Prior to June 26, 2007, Plaintiff ANGELA HUMES purchased a 2002 Ford Expedition. manufactured by Defendant Manufacturer, VIN 1FMPU16L21LA39467, for valuable consideration.

4. At all times relevant. Defendant Manufacturer was engaged in the business of designing. manufacturing. selling. distributing. and repairing vehicles in the United States. including the State of Illinois.

1



5. On June 26, 2007, Plaintiff ANGELA HUMES was in possession of the vehicle that is the subject of this lawsuit, and said vehicle was parked in Plaintiff JOHN HUMES' garage, in Carol Stream, Illinois.

6. That prior to June 26, 2007, the vehicle had been designed, constructed, and distributed by Defendant FORD MOTOR COMPANY, and had subsequently been purchased by Plaintiff ANGELA HUMES.

7. That on June 26, 2007, the subject vehicle of this lawsuit, while parked in Plaintiff JOHN HUMES' garage, suddenly caught fire and caused substantial damages, including but not limited to damage to the Plaintiff's garage, home, and other real and personal property.

8. That the vehicle contained one or more of the following unreasonably dangerous conditions and/or non-conformities:

a.  was designed, manufactured, sold, and distributed with a dangerous defect causing the vehicle to spontaneously catch fire without warning or provocation.

9. That the aforementioned unreasonably dangerous conditions and non-conformities in the vehicle existed at the time the vehicle left the control of FORD MOTOR COMPANY.

10. That on June 26, 2007, as a result of one or more of the preceding conditions and/or non-conformities, Plaintiffs ANGELA HUMES and JOHN HUMES sustained financial damages, aggravation, inconvenience, and mental anguish.

11. That the damages set forth above, are a direct and proximate result of one or more of the aforesaid unreasonably dangerous and defective condition.

WHEREFORE, Plaintiffs ANGELA HUMES and JOHN HUMES pray for judgment against Defendant, FORD MOTOR COMPANY, in an amount in excess of $100,000.00 each.

Respectfully Submitted,

One of the Plaintiffs' Attorneys

Prepared by: Brian G. Boylan for
NORMAN H. LEHRER, P.C.
DuPage County No. 48285
429 W. Wesley
Wheaton, IL 60187
630-462-0700

3

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
03/04/2008
CT Log Number 513153455

08CV1750                    TC

JUDGE CASTILLO

MAGISTRATE JUDGE BROWN

**TO:**    Chris Dzbanski
Ford Motor Company
Three Parklane Blvd., Ste.1400 West
Dearborn, MI 48126-

**RE:**    **Process Served in Illinois**

**FOR:**   Ford Motor Company (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | John Humes and Angela Humes, Pltfs. vs. Ford Motor Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Du Page County - 18th Judicial Circuit Court, IL<br>Case # 2008L000178 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Plaintiff Alleges Vehicle was Manufactured with a Dangerous Defect Causing the Vehicle to Spontaneously Catch Fire Without Warning or Provocation Resulting in Property Damage - 2002 Ford Expedition, VIN# 1FMPU16L21LA39467 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/04/2008 at 11:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Brian G. Boylan<br>Norman H. Lehrer, P.C.<br>429 W. Wesley<br>Wheaton, IL 60187<br>630-462-0700 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 790953230324<br>Image SOP - Page(s): 5<br>Email Notification, Chris Dzbanski CDZBANSK@FORD.COM |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

8 MAR -6 P1 :49
LITIGATION PRACTICE GROUP
OFFICE OF THE GENERAL COUNSEL

Page 1 of  1 / TL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified confirm receipt of package only, not contents

EXHIBIT
B

080205.7

IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT
DuPAGE COUNTY, ILLINOIS

JOHN HUMES and ANGELA HUMES,

        Plaintiffs,

    v.

FORD MOTOR COMPANY,

        Defendants.

No.  2008 L 000178

08CV1750        TC
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

## NOTICE OF FILING

TO:    Norman H. Lehrer, P.C.
        429 W. Wesley
        Wheaton, IL 60187

PLEASE TAKE NOTICE that on March 25, 2008, we mailed for filing with the Clerk of the

Circuit Court of DuPage County, IL, DEFENDANT FORD MOTOR COMPANY'S NOTICE OF

REMOVAL, a copy of which is attached hereto.

*Donohue Brown Mathewson & Smyth LLC*
DONOHUE BROWN MATHEWSON & SMYTH
LLC

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

## PROOF OF SERVICE

    I, Patrice Mullen, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that the above notice and any attached pleading(s) were ( ) personally delivered or (X) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth above at or before 5:00 p.m. on March 25, 2008.

*Patrice M Mullen*

**EXHIBIT**
**C**