IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　Defendant. | Removed from the Circuit Court of<br>The Eighteenth Judicial Circuit –<br>DuPage County, Illinois<br><br>FILED: MARCH 26, 2008<br>08CV1750　　　　TC<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE BROWN |

## JURY DEMAND

Defendant, FORD MOTOR COMPANY, by and through their attorneys, Michael J. Borree, James D. Sloan, and Donohue Brown Mathewson & Smyth LLC, hereby demand trial by jury, pursuant to Federal Rule of Procedure 38.

　　　　　　　　　　　　　　　　FORD MOTOR COMPANY

　　　　　　　　　　　　　　　　By:　/s/ Michael J. Borree


James D. Sloan - #06256682
Michael J. Borree - #06281054
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:　(312) 422-0900
Facsimile:　(312) 422-0909