# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1750 | **DATE** | 4/2/2008 |
| **CASE TITLE** | John Humes vs. Ford Motor Company | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a timely motion to remand or a proper amended federal complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|