## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOHN HUMES and ANGELA HUMES | 08 CV 1750 |
| vs. | Judge Castillo |
| FORD MOTOR COMPANY | Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN HUMES and ANGELA HUMES

| |
|---|
| NAME (Type or print)<br><br>Norman H. Lehrer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>s/ Norman H Lehrer |
| FIRM<br><br>Norman H. Lehrer, P.C. |
| STREET ADDRESS<br><br>429 W. Wesley |
| CITY/STATE/ZIP<br><br>Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1611569 | TELEPHONE NUMBER<br><br>630-462-0700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐