IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HUMES and ANGELA HUMES, | ) | |
| Plaintiffs, | ) ) ) | |
| -VS- | ) ) | NO. 08 CV 1750 |
| FORD MOTOR COMPANY | ) ) | JUDGE CASTILLO |
| Defendant | ) ) | MAGISTRATE JUDGE BROWN |

**PETITION FOR REMAND, AND FOR ATTORNEYS FEES
FOR IMPROVIDENT REMOVAL OF THIS CASE**

Now come the Plaintiffs, John Humes and Angela Humes, by their attorneys, Norman H. Lehrer, P.C., and move the Court for an Order remanding this cause to the Circuit Court of Eighteenth Judicial Circuit, DuPage County, Illinois, and also for an award of costs and attorneys fees, against Defendants, for improperly removing this cause to the Federal District Court, and in support states as follows:

1. This cause was filed by Plaintiffs in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Wheaton, Illinois, on February 19, 2008.

2. Ford Motor Company, the sole Defendant, was served with Summons and Complaint on March 4, 2008 (copy of Summons and Cook County Sheriff Affidavit of Service attached hereto as Exhibit "A").

3. On March 26, 2008, Defendant Ford Motor Company filed its Notice of Removal.

4. Defendant Ford has never filed any answer to the original Complaint. Pursuant to FRCP 81(c), Ford was required to file the appropriate pleading under the deadlines provided in FRCP 81(c)(2), either under Sections (A), (B) or (C). Ford has not filed the appropriate pleading under any of these Sections.

5. The deadlines set forth in FRCP 81(c) have expired, and thus Ford can not correct its oversight as to the requirements of FRCP 81.

1

6. For the Court's convenience, attached as Exhibit "B" is a copy of an order by Judge Der-Yeghiayan on April 17, 2007, in a case entitled *DeAnda v. Zimmerman Ford, Ford Motor Company, et al.*, Case No. 07 C 1048, remanding a case to the Sixteenth Judicial Circuit Court of Kane County, for failure to comply with FRCP 81(c). At least as of April, 2007, Ford Motor Company was aware of the requirements of FRCP 81(c), and yet failed to comply almost a year later.

7. 28 U.S.C. §1447(c) provides that "[a]n order remanding the case may require payment of just costs and any actual expenses, including attorneys fees." The award of attorneys fees is left up to the discretion of this Court. **Garbie v. Chrysler Corp.**, 8 F.Supp.3d 814, 819 (N.D.Ill. 1998). In this case, the actions of Ford Motor Company, in removing this case, were "improvident", and Ford Motor Company had actual knowledge of FRCP 81(c), at least since April, 2007. Accordingly, this Court is urged to utilize the discretion it has to award Plaintiffs their attorneys' fees in connection with the instant removal action. As a result of these actions, Plaintiff's counsel in this case have spent a total of 5 hours, in reviewing removal documents; research on issues involving possible grounds for remand; consulting with their clients as to a remand petition; and preparation of a motion for remand. Plaintiffs are therefore asking this Court to award attorneys fees to Plaintiffs' counsel, in connection with the improvident removal and the Motion for Remand.

WHEREFORE, Plaintiffs move this Court for an order remanding this cause to the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois, and awarding attorneys fees for the improvident removal in the amount of five hours at $350.00 per hour.

_____
Norman H. Lehrer

2

Norman H. Lehrer
429 W. Wesley
Wheaton, IL 60187
630-462-0700

CIRCUIT COURT SUMMONS                                                   3101(Rev. 07/05)

STATE OF ILLINOIS                 UNITED STATES OF AMERICA                 COUNTY OF DU PAGE
                    IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

John Humes and Angela Humes

                                        CASE NUMBER
                    PLAINTIFF           2008L000178

         VS.                     Please Serve:
Ford Motor Company               Ford Motor Company
                                 46 CT Corporation
                                 208 S. LaSalle St.
                    DEFENDANT    Chicago, IL 60604

                                        SUMMONS

**FILED 08 APR 11 PM 3:58 CLERK OF THE 18TH JUDICIAL CIRCUIT DU PAGE COUNTY ILLINOIS**

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the **Clerk of this Court, 505 North County Farm Road, Wheaton, Illinois** within 30 days after the service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of services and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

                              WITNESS: **CHRIS KACHIROUBAS**, Clerk of the Eighteenth
                              Judicial Circuit Court, and seal thereof at Wheaton,
                              Illinois.          **FEB 1 9 2008**
                                          Date

                                   CHRIS KACHIROUBAS Circuit Court Clerk

                                   Clerk of the Eighteenth Judicial Circuit

Name: Norman H. Lehrer, P.C.    ☐ PRO SE

DuPage Attorney Number: 48285

Attorney for: Plaintiffs              NOTICE: The filing of an appearance or answer with the
Address: 429 W. Wesley                Circuit Court Clerk requires a statutory filing fee, payable
City/State/Zip: Wheaton, IL 60187     at the time of filing.

Telephone: 630-462-0700               Date of Service: _____
                                      (To be inserted by officer on copy left with Defendant or other person.)

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707

Exhibit "A"

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS DISTRICT 010

.IFF'S NUMBER 013828-101D    CASE NUMBER 08L000178    DEPUTY: STROM 3696-

FILED DT 02-19-2008  RECEIVED DT 02-26-2008  DIE DT 03-13-2008  MULTIPLE SERVICE 1

DEFENDANT
FORD MOTOR COMPANY
208 S LA SALLE ST
CHICAGO, IL. 60604

ATTORNEY
NORMAN H. LEHRER, P.C.;
429 W. WESLEY
WHEATON IL. 60187
630 462-0700

PLAINTIFF HUMES, JOHN AND ANGELA

SERVICE INFORMATION: CF    C/O CT CORPORATION

**FOREIGN**

*****************************************************************

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF.  ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
X....3 SERVICE ON:  CORPORATION X COMPANY ___ BUSINESS ___ PARTNERSHIP ___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY 3696-

     1  SEX F M/F   RACE W   AGE 60
     2  NAME OF DEFENDANT FORD MOTOR COMPANY
        WRIT SERVED ON  D. SCHULTZ A/P

        THIS 4 DAY OF MARCH, 2008 TIME 11:00 A.M./P.M.

     ADDITIONAL REMARKS _____

*****************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  OFC

NEIGHBORS NAME _____

ADDRESS _____

ATTEMPTED SERVICES

| DATE | TIME | A.M./P.M. |
|------|------|-----------|
| _____ | __:__ | ___ |
| _____ | __:__ | ___ |
| _____ | __:__ | ___ |
| _____ | __:__ | ___ |
| _____ | __:__ | ___ |
| _____ | __:__ | ___ |

REASON NOT SERVED:
___ 01 MOVED           ___ 07 EMPLOYER REFUSAL
___ 02 NO CONTACT      ___ 08 RETURNED BY ATTY
___ 03 EMPTY LOT       ___ 09 DECEASED
___ 04 NOT LISTED      ___ 10 BLDG DEMOLISHED
___ 05 WRONG ADDRESS   ___ 11 NO REGISTERED AGT.
___ 06 NO SUCH ADDRESS ___ 12 OTHER REASONS
                       ___ 13 OUT OF COUNTY

FEE  .00   MILEAGE  .00   TOTAL  .00                              SG20

:r Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1048 | **DATE** | 4/17/2007 |
| **CASE TITLE** | Joe de Anda, et al. Vs. Zimmerman Ford, et al. | | |

**DOCKET ENTRY TEXT**

Defendants have failed to attach their answer to plaintiffs' complaint to the notice of removal. Furthermore, there being no evidence in the record that defendants filed a timely answer in accordance with FRCP 81(c), this matter is hereby remanded back to the Circuit Court of Kane County. All pending dates and motions are hereby stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

07C1048 Joe de Anda, et al. Vs. Zimmerman Ford, et al.                    Page 1 of 1

Ex. B