IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -VS- ) | NO. 08 CV 1750 |
| ) | |
| FORD MOTOR COMPANY ) | JUDGE CASTILLO |
| ) | |
| Defendant ) | MAGISTRATE JUDGE BROWN |

## NOTICE OF MOTION

To: Michael John Borree, Donohue Brown Mathewson, 140 South Dearborn Street, Chicago, IL 60603

Please take notice that on 7th day of **May, 2008**, at **9:45 a.m.**, I shall appear before the **Honorable Judge Castillo**, at the **Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois** or as soon as thereafter as counsel may be heard, and present to him or any judge sitting in his stead Plaintiffs' **PETITION FOR REMAND, AND FOR ATTORNEYS FEES FOR IMPROVIDENT REMOVAL OF THIS CASE.**

By: _____
One of Plaintiff's Attorneys

NORMAN H. LEHRER P.C.
429 WEST WESLEY
WHEATON, ILLINOIS 60187
630-462-0700

## PROOF OF SERVICE

On April 29, 2008, I, Diana Hart, served this notice via electronic delivery to each person to whom it is directed and depositing same in the U.S. Mail at Wheaton, Illinois 60187, with the proper postage prepaid.

Subscribed and sworn to before me
Date: 4-29-08
_____
Notary Public - Circuit Clerk

"OFFICIAL SEAL"
MADELINE HENEGHAN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 07/02/2010