## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1750 | **DATE** | 5/7/2008 |
| **CASE TITLE** | John Humes, et al. vs. Ford Motor Company | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/7/2008. Plaintiffs' motion to remand and for attorneys fees [8] is denied. Plaintiffs are given until 6/9/2008 to file an amended federal complaint. Parties to file a joint status report on or before 6/9/2008. The Court will hold a status hearing in open court on 6/10/2008 at 9:45 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|