IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -VS- ) | NO. 08 CV 1750 |
| ) | |
| FORD MOTOR COMPANY ) | JUDGE CASTILLO |
| ) | |
| Defendant ) | MAGISTRATE JUDGE BROWN |

## COMPLAINT

Now come the Plaintiffs herein, JOHN HUMES and ANGELA HUMES, by their attorneys NORMAN H. LEHRER, P.C. and state as follows by way of Complaint against Defendant FORD MOTOR COMPANY:

### Jurisdiction

The jurisdiction of the United States District Court for this action is based on Diversity of Citizenship, as this case is a civil action between citizens of different states.  28 U.S.C. 1332.  It is Plaintiffs' good faith believe that the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

### Product Liability

1. Defendant FORD MOTOR COMPANY (hereinafter "manufacturer") is a corporation, in the business of manufacturing automobiles, with the intention of selling these automobiles to the public at large through a system of authorized dealerships.  Defendant Manufacturer does business in all counties of the State of Illinois including DuPage County.

2. Plaintiffs JOHN HUMES and ANGELA HUMES at all times relevant hereto were residing in Illinois

3. Prior to June 26, 2007, Plaintiff ANGELA HUMES purchased a 2002 Ford

1

Expedition, manufactured by Defendant Manufacturer, VIN 1FMPU16L21LA39467, for valuable consideration.

4. At all times relevant, Defendant Manufacturer was engaged in the business of designing, manufacturing, selling, distributing, and repairing vehicles in the United States, including the State of Illinois.

5. On June 26, 2007, Plaintiff ANGELA HUMES was in possession of the vehicle that is the subject of this lawsuit, and said vehicle was parked in Plaintiff JOHN HUMES' garage, in Carol Stream, Illinois.

6. That prior to June 26, 2007, the vehicle had been designed, constructed, and distributed by Defendant FORD MOTOR COMPANY, and had subsequently been purchased by Plaintiff ANGELA HUMES.

7. That on June 26, 2007, the subject vehicle of this lawsuit, while parked in Plaintiff JOHN HUMES' garage, suddenly caught fire and caused substantial damages, including but not limited to damage to the Plaintiff's garage, home, and other real and personal property.

8. That the vehicle contained one or more of the following unreasonably dangerous conditions and/or non-conformities:

a.   was designed, manufactured, sold, and distributed with a dangerous defect causing the vehicle to spontaneously catch fire without warning or provocation.

9. That the aforementioned unreasonably dangerous conditions and non-conformities in the vehicle existed at the time the vehicle left the control of FORD MOTOR COMPANY.

10. That on June 26, 2007, as a result of one or more of the preceding conditions and/or non-conformities, Plaintiffs ANGELA HUMES and JOHN HUMES sustained financial damages, aggravation, inconvenience, and mental anguish.

11.  That the damages set forth above, are a direct and proximate result of one or more of the aforesaid unreasonably dangerous and defective condition.

WHEREFORE, Plaintiffs ANGELA HUMES and JOHN HUMES pray for judgment against Defendant, FORD MOTOR COMPANY, in an amount in excess of $100,000.00 each.

PLAINTIFF DEMANDS A TRIAL BY JURY.

                    Respectfully Submitted,

                    /s/ William G. Hutul
                    One of the Plaintiffs' Attorneys

NORMAN H. LEHRER, P.C.
429 W. Wesley
Wheaton, IL 60187
630-462-0700