080205.26

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FILED**

JUN 0 6 2008  TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES, | |
| Plaintiff(s), | |
| v. | No. 08 CV 1750<br>Honorable Judge Ruben Castillo |
| FORD MOTOR COMPANY, | |
| Defendant(s). | |

## INITIAL JOINT STATUS REPORT

A.    Nature of the Case

The jurisdiction of the United States District Court for this action is based on diversity of citizenship. Plaintiffs JOHN HUMES and ANGELA HUMES are citizens of the State of Illinois, and defendant FORD MOTOR COMPANY is Delaware corporation with its principal place of business in Dearborn, Michigan. This matter was removed to the Northern District of Illinois, Eastern Division by defendant on March 26, 2008.

Following removal, Plaintiffs JOHN HUMES and ANGELA HUMES filed an amended complaint on June 2, 2008. Plaintiffs seek monetary damages for the following: damage to the plaintiff's garage, home, and other real and personal property. Plaintiffs also seek damages for "aggravation, inconvenience, and mental anguish." No counterclaims or third-party claims have yet to be filed. Plaintiffs' complaint seeks damages in an amount in excess of $100,000.00 (each). No other and more specific computation has yet been made available.

The only defendant in this case has been served.

The parties do not anticipate there being any unusual or atypical legal issues involved in this matter. The major factual issues will be whether the vehicle at issue was defectively designed as alleged, and/or whether any alleged defect caused the occurrence (a fire) complained of.

B.    Draft Scheduling Order

All written discovery, including the parties' respective Rule 26(a)(1) disclosures, are to be completed by August 1, 2008;

All depositions of any witnesses disclosed pursuant to Rule 26(a)(1) shall be completed by December 1, 2008;

Any potential third-parties shall be joined by December 1, 2008;

Any amendments to pleadings shall be completed by December 1, 2008;

The plaintiffs shall disclose Rule 26(a)(2) witnesses (including reports) by January 1, 2009;

The plaintiffs' Rule 26(a)(2) witnesses shall be deposed by February 1, 2009;

The defendant shall disclose Rule 26(a)(2) witnesses (including reports) by March 1, 2009;

The defendants' Rule 26(a)(2) witnesses shall be deposed by April 1, 2009;

All discovery shall be completed by April 1, 2009.

C.    Trial Status

A jury has been requested. It is anticipated that trial would not exceed five days in length.

D.    Consent to Proceed Before a Magistrate Judge

The plaintiff does not consent to proceed before the Magistrate Judge assigned.

E.    Settlement Status

The parties, through their respective counsel, have not initiated any settlement discussions at this time.

Respectfully Submitted,

DONOHUE BROWN MATHEWSON & SMYTH LLC

By:    /s/ Michael J. Borree

James D. Sloan - #06256682
Michael J. Borree - #06281054
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

NORMAN H. LEHRER


By:    /s/ William G. Hutul


Norman H. Lehrer, P.C.
William G. Hutul
429 W. Wesley
Wheaton, IL 60187
Phone: (630) 462-0700