## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

John Humes, et al.
                    Plaintiff,

v.                                      Case No.: 1:08−cv−01750
                                                  Honorable Ruben Castillo

Ford Motor Company
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 6/10/2008 and continued to 8/21/2008 at 9:45 a.m. Plaintiff's response to defendant's motion to dismiss [12] is due on or before 6/19/2008. Defendant's reply will be due on or before 6/26/2008. The Court will rule by mail. The parties are granted leave to proceed with discovery. All discovery to be completed on or before 1/30/2009. Motion hearing set for 6/11/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.