IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HUMES and ANGELA HUMES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -VS- | ) | NO. 08 CV 1750 |
| | ) | |
| FORD MOTOR COMPANY | ) | JUDGE CASTILLO |
| | ) | |
| Defendant | ) | MAGISTRATE JUDGE BROWN |

**PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT**

Now come the Plaintiffs, John Humes and Angela Humes, by their attorneys, Norman H. Lehrer, P.C., and moves this Court for leave to file a Second Amended Complaint, and in support states as follows:

1. Plaintiffs wish to file a Second Amended Complaint, adding additional allegations to the pending claims. The Federal Rules of Civil Procedure provides in Rule 15 that amendments of pleadings may be allowed on just and reasonable terms, which may enable the plaintiff to sustain the claims for which it was intended to be brought.

2. Case law favors allowing the liberal amendment of a complaint, and the courts should allow parties to liberally amend the pleadings prior to trial. **Law Office of William Stogsdill v. Cragin Federal Bank**, 268 Ill. App. 3d 433, 645 N.E. 2d 43 (2d Dist. 1995).

3. In this case no deposition discovery has commenced, and the action is in its early stages. This case is not set for trial, and there is no prejudice to the Defendant in allowing a Second Amended Complaint at this time. The Second Amended Complaint

2

is also intended to address certain issues raised by Ford Motor Company in its motions to dismiss.

WHEREFORE, the Plaintiffs pray that this Honorable Court grant the Plaintiffs leave to file their Second Amended Complaint herein within seven days.

By: /s/ William G. Hutul_____
One of Plaintiff's Attorneys

NORMAN H. LEHRER
429 WEST WESLEY
WHEATON, ILLINOIS 60187
630-462-0700

2