# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -VS- ) | NO. 08 CV 1750 |
| ) | |
| FORD MOTOR COMPANY ) | JUDGE CASTILLO |
| ) | |
| Defendant ) | MAGISTRATE JUDGE BROWN |

## NOTICE OF MOTION

To:   Michael John Borree, Donohue Brown Mathewson, 140 South Dearborn Street, Chicago, IL 60603

Please take notice that on **9th** day of **July, 2008**, at **9:45 a.m.**, I shall appear before the **Honorable Judge Castillo**, at the **Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois** or as soon as thereafter as counsel may be heard, and present to him or any judge sitting in his stead **Plaintiff's Motion to File Second Amended Complaint.**

By: /s/ William G. Hutul
One of Plaintiff's Attorneys

NORMAN H. LEHRER P.C.
429 WEST WESLEY
WHEATON, ILLINOIS 60187
630-462-0700

## PROOF OF SERVICE

On June 27, 2008, I, Diana Hart, served this notice via electronic delivery to each person to whom it is directed and depositing a copy to Judge Castillo in the U.S. Mail at Wheaton, Illinois 60187, with the proper postage prepaid.

Subscribed and sworn to before me
Date: 6/27/08

Notary Public - Circuit Clerk

