# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

John Humes, et al.

                               Plaintiff,

v.

                               Case No.: 1:08–cv–01750

                               Honorable Ruben Castillo

Ford Motor Company

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's response to Plaintiffs' motion to file second amended complaint [18] is due on or before 7/14/2008. The Court will rule on 7/16/2008 at 9:45 AM. Motion hearing set for 7/9/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.