080205.33

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES,<br><br>              Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>              Defendant. | Removed from the Circuit Court of<br>The Eighteenth Judicial Circuit –<br>DuPage County, Illinois<br><br>NO. 08 CV 1750 |

**CERTIFICATE OF SERVICE**

      I, Patrice H. Mullen, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that a true and correct copy of Notice of Deposition was ( ) personally delivered or (X) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to:

Mr. Norman Lehrer
Lehrer, Flaherty & Canavan, P.C.
Norman H. Lehrer, P.C.
429 West Wesley
Wheaton, IL   60187

at the addresses set forth below at or before 5:00 p.m. on June 11, 2008.

_____