080205.46

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES,<br><br>   Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendants. | No.   08 CV 1750<br>Honorable Judge Ruben Castillo |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT

NOW COMES defendant FORD MOTOR COMPANY, ("Ford") by its attorneys James D. Sloan and Michael J. Borree, and DONOHUE, BROWN, MATHEWSON & SMYTH, LLC for its response to plaintiffs' motion to file a second amended complaint, stating as follows:

Defendant Ford has no objections to plaintiffs' motion to file a second amended complaint in this matter, as the new complaint does cure deficiencies set forth in Ford's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), previously filed with the Court.  Ford would respectfully request fourteen (14) days to file an answer to the plaintiffs' second amended complaint.

WHEREFORE, defendant FORD MOTOR COMPANY has no objections to the plaintiffs' request to file a second amended complaint in this matter, and this defendant respectfully requests fourteen (14) days in which to file an answer to the new complaint.

DONOHUE BROWN MATHEWSON & SMYTH LLC


By:    /s/ Michael J. Borree

James D. Sloan - #06256682
Michael J. Borree - #06281054
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:     (312) 422-0900
Facsimile:      (312) 422-0909

080205.48

# PROOF OF SERVICE

I, Patrice Mullen, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that a true and correct copy of Defendant's Response to Plaintiffs' Motion to File a Second Amended Complaiknt was ( ) personally delivered or ( x ) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth below at or before 5:00 p.m. on July 3, 2008.

/s/ Patrice H. Mullen

Mr. Brian G. Boylan
Norman H. Lehrer, P.C.
Mr. Norman Lehrer
Norman H. Lehrer, P.C.