080205.44

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES,<br><br>  Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendants. | No.  08 CV 1750<br>Honorable Judge Ruben Castillo |

## NOTICE OF MOTION

TO:   See Attached Service List

   PLEASE TAKE NOTICE that on July 16, 2008, at 9:45 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Ruben Castillo, or any Judge sitting in his place or stead, in the Courtroom usually occupied by him in Room 2141 in the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, and, present Defendant's Motion to File Third-Party Complaint, a copy of which is attached hereto.

*/s/ Michael J. Borree*
DONOHUE BROWN MATHEWSON & SMYTH LLC

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
Michael J. Borree
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:     (312) 422-0900
Facsimile:     (312) 422-0909