UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

John Humes, et al.
                    Plaintiff,

v.                                        Case No.: 1:08−cv−01750
                                                      Honorable Ruben Castillo

Ford Motor Company
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/16/2008. Plaintiffs' motion to file second amended complaint [18] is granted. Defendant's motion to dismiss [12] is denied as moot. Defendant's motion to file third party complaint [21] is granted. Status hearing reset to 9/25/2008 at 9:45 AM. Status hearing set for 8/21/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.