IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HUMES and ANGELA HUMES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -VS- | ) | NO. 08 CV 1750 |
| | ) | |
| FORD MOTOR COMPANY | ) | JUDGE CASTILLO |
| | ) | |
| Defendant | ) | MAGISTRATE JUDGE BROWN |

**NOTICE OF FILING AND SERVICE OF SUBPOENA**

To:  Donohue, Brown, Mathewson, & Smyth LLC
     140 South Dearborn Street
     Suite 800
     Chicago, Illinois   60603

   PLEASE TAKE NOTICE that on July 24, 2008 we served a Subpoena In A Civil Case to Pekin Insurance Company at PO Box 2024, Loves Park, Illinois, 61130, to request copies of the entire claim file of Pekin Insurance relating to a fire occurrence on June 27, 2007 at 167 Horizon, in Carol Stream, Illinois.

A copy of the Subpoena served on Pekin Insurance is attached.  The Subpoena requires records only and no oral interrogation of the witness is requested, if the records are produced.

                                                    _____
                                                    One of Plaintiffs' attorneys

Norman H. Lehrer, P.C.
429 West Wesley Street
Wheaton, Illinois   60187
630-462-0700