IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HUMES and ANGELA HUMES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -VS- | ) | NO. 08 CV 1750 |
| | ) | |
| FORD MOTOR COMPANY | ) | JUDGE CASTILLO |
| | ) | |
| Defendant | ) | MAGISTRATE JUDGE BROWN |

**PROOF OF SERVICE**

To:   Michael John Borree, Donohue Brown Mathewson, 140 South Dearborn Street, Chicago, IL 60603

I, William G. Hutul, a non-attorney, being first duly sworn upon oath, depose and state:

On **August 5, 2008**, I mailed the following documents to the attorneys of record, by depositing same in the U.S. Mail in Wheaton, Illinois, with postage prepaid:

- **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO ALL DEFENDANTS PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE;**

- **PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO FORD MOTOR COMPANY;** and

- **WITNESS INTERROGATORIES TO ALL DEFENDANTS.**

　　　　　　　　　　　　　　　　　　　　　　　　  /s/  William G. Hutul

[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

Norman H. Lehrer, P.C.
429 W. Wesley
Wheaton, IL 60187
630-462-0700