080205.48

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant.<br>FORD MOTOR COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PEKIN INSURANCE COMPANY a/k/a FARMERS AUTOMOBILE MANAGEMENT CORP. and GENERAL CASUALTY COMPANY,<br><br>Third-Party Defendants. | No.  08 CV 1750<br>Honorable Judge Ruben Castillo |

## Waiver of the Service of Summons

**To:** Michael J. Borree:

I have received your request to waive service of a summons in this action along with a copy of the third-party complaint, two copies of this waiver form, and a prepared means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and third-party complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 16, 2008, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

For: _[signature]_ 7/29/08
General Casualty Co.     Date

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rule of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES,<br><br>     Plaintiffs,<br><br> v.<br><br>FORD MOTOR COMPANY,<br><br>     Defendant. | Removed from the Circuit Court of<br>The Eighteenth Judicial Circuit –<br>DuPage County, Illinois<br><br>NO. 08 CV 1750 |

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 11, 2008, I filed Waiver of Service of Summons with the Clerk of Court using the CM/ECF system, which will send notice to the following:

Mr. Norman Lehrer
Norman H. Lehrer, P.C.
429 West Wesley
Wheaton, IL  60187

            DONOHUE BROWN MATHEWSON & SMYTH LLC

            s/ Michael J. Borree
            James D. Sloan (ARDC #6256682)
            Michael J. Borree (ARDC #6281054)
            DONOHUE BROWN MATHEWSON & SMYTH LLC
            140 South Dearborn, Suite 800
            Chicago, IL 60603
            Telephone: (312) 422-0900
            Facsimile: (312) 422-0909