IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HUMES and ANGELA HUMES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  08 CV 1750 |
| | ) | |
| FORD MOTOR COMPANY, | ) | HONORABLE JUDGE |
| | ) | RUBEN CASTILLO |
| Defendants. | ) | |
| ——————————————————— | ) | |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PEKIN INSURANCE COMPANY, a/k/a | ) | |
| FARMERS AUTOMOBILE MANAGEMENT | ) | |
| CORP. and GENERAL CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## WAIVER OF SERVICE OF SUMMONS

TO:    Michael J. Borree
       Donohue, Brown, Mathewson & Smyth, LLC
       140 S. Dearborn Street, Suite 800
       Chicago, Illinois  60603

I have received your request to waiver service of summons in this action along with a copy of the third-party complaint, two copies of this waiver form, and a prepared means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and third-party complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I understand that I, or the entity I represent must file and serve and answer or a motion under Rule 12 within 60 days from July 16, 2008, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

By: _____

One of the Attorneys for Pekin Insurance Company

Date: _____ August 8, 2008 _____

## DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4 of the Federal Rule of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who failed to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expense of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond that if a summons had been served.

F:\Case\170304\13084\WAIVER OF SERVICE OF SUMMONS.doc

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HUMES and ANGELA HUMES, | |
| Plaintiffs, | Removed from the Circuit Court of The Eighteenth Judicial Circuit – DuPage County, Illinois |
| v. | |
| FORD MOTOR COMPANY, | NO. 08 CV 1750 |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I filed Waiver of Service of Summons with the Clerk of Court using the CM/ECF system, which will send notice to the following:

Mr. Norman Lehrer
Norman H. Lehrer, P.C.
429 West Wesley
Wheaton, IL  60187

DONOHUE BROWN MATHEWSON & SMYTH LLC

s/ Michael J. Borree
James D. Sloan (ARDC #6256682)
Michael J. Borree (ARDC #6281054)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn, Suite 800
Chicago, IL 60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909